# JAMES M. BAKER
ATTORNEY

---

325 Broadway
Suite 203
New York, N.Y. 10007

November 21, 2019

Via ECF

**APPLICATION GRANTED
SO ORDERED**

*/s/ John G. Koeltl*
11/22/19
John G. Koeltl, U.S.D.J.

Hon. John G. Koeltl
U.S. District Judge
U.S. District Court
500 Pearl Street
New York, N.Y. 10007

Re:  Vida J. Afriyie o/b/o D.K.B. v.
     Commissioner of Social Security
     19 Civ. 4635 (JGK)

Dear Judge Koeltl:

I have just agreed to represent the plaintiff in this child's SSI disability case.  I am writing to request a revised briefing schedule.

Currently, the Commissioner is due to file her motion for judgment on the pleadings by December 1, 2019; plaintiff's answer is due on January 30, 2020; and the Commissioner would reply by February 20, 2020.

Under the proposed revision, Plaintiff would go first and file by February 3, 2020; the Commissioner would answer by April 3, 2020; and reply briefs would be filed by plaintiff by April 17, 2020 and the Commissioner by May 1, 2010.

The proposed February 3rd date for plaintiff's initial brief is about 2 weeks further away than the usual 60 days.  However, I have about a month's worth of vacation scheduled between now and the end of the year, and can't count on getting the brief done earlier than February 3rd.

The government agrees with the proposed schedule.

Thank you for considering this request.

Very truly yours,

James M. Baker

cc:  Susan D. Baird

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11/22/19

Tel: 212-979-0505
Fax: 212-979-8778
jbaker623@aol.com