UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
VIDA J. AFRIYIE *o/b/o* D.K.B., *a minor,*

                            Plaintiff,                19 **CIVIL** 4635 (JLC)

               -against-                     **JUDGMENT**

ANDREW M. SAUL,
Commissioner of Social Security,
                      Defendant.
----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion and Order dated September 10, 2020, Afriyie's motion is granted in part and denied in part, the Commissioner's cross-motion is denied, and the case is remanded for further administrative proceedings. On remand, the ALJ should: 1) address the significance of D.K.B.'s PLS-5 scores and his language impairments with respect to the domains of acquiring and using information and interacting and relating with others; 2) solicit more complete explanations from Dr. Parks as to her opinions and re-evaluate her opinions, as necessary, in light of her explanations and qualifications, as well as other evidence in the record; 3) request records from D.K.B.'s social service agency and treating pediatrician, or otherwise clarify that they do not exist; and 4) question Afriyie more thoroughly at the next hearing. Judgment is entered for plaintiff remanding the case pursuant to sentence four of 42 U.S.C. § 405(g); accordingly, the case is closed.

**Dated:** New York, New York
        September 10, 2020

                                                              **RUBY J. KRAJICK**
                                                               **Clerk of Court**
                      **BY:**    *K. Mango*
                                                               **Deputy Clerk**